UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

301 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 11, 2002

MEMORANDUM TO COUNSEL RE:   William Snyder, et al. v.
Chester County Mutual Fire Ins., Co., et al.
Civil #L-02-415

Dear Counsel:

I am in receipt of Mr. Reede's letter of February 25, 2002. Accordingly, Mr. Resnick is to respond on or before March 18, 2002, to this letter and to Mr. Reede's request that discovery be suspended.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file

*Mr. Reede's Request that discovery be suspended is Denied.*
*B. Legg*
*USDJ*
*4/3/02*