# NILES, BARTON & WILMER, LLP
## ATTORNEYS AT LAW
### SUITE 1400
### 111 S. CALVERT STREET
### BALTIMORE, MARYLAND 21202-6185

WASHINGTON, D. C. 20006
1616 H STREET, N.W.
202-737-0512

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 27 A 11:06
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

Lucinda E. Davis
Pennsylvania and Maryland

WRITER'S DIRECT CONTACT
(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

June 25, 2002

**VIA COURIER**

The Honorable Benson E. Legg
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: William Snyder et al. v. Chester County Mutual Fire Ins. Co. et al.
Case No. L02-415

Dear Judge Legg:

I am writing on behalf of the parties in the above-referenced case to request a one month extension for all dates listed in the current Scheduling Order so that the parties may complete discovery. Plaintiffs noted the depositions of two fact witnesses for Defendants on June 20, 2002. On Monday, June 17, 2002, Plaintiffs' counsel requested that these depositions be re-scheduled due to a death in Plaintiffs' family and a funeral held on June 20. The first available date for the parties to re-schedule these depositions is July 22, 2002. As a result, the parties request that the Court extend discovery and all other dates in the Scheduling Order for one additional month.

We trust the Court will advise us if any further information is required.

Respectfully,

Lucinda E. Davis

cc: Murray I. Resnick, Esquire
Robert Schwartzman, Esquire
Prabir Chakrabarty, Esquire

6/26/02
Date

**APPROVED:**

B. Legg
Judge Benson E. Legg,
United States District Court
for the District of Maryland