IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG 13 P 6: 47
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

**WILLIAM SNYDER, et al.**  :

v.  : Civil No. L-02-415

**CHESTER COUNTY MUTUAL**  :
**INSURANCE CO., et al.**  :

## ORDER

On August 12, 2002, the Court held a hearing on Defendants' Motion to Compel Discovery. For the reasons stated at the hearing, Defendants' Motion is hereby GRANTED in part and DENIED in part.

Plaintiffs shall produce the additional documents to Defendants on or before September 12, 2002. The parties shall submit a joint status report to the Court on or before October 14, 2002.

It is so ORDERED this 12TH day of August, 2002.

Benson Everett Legg
United States District Judge