**NILES, BARTON & WILMER, LLP**
ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

WASHINGTON, D.C. 20006
1616 H STREET, N.W.
202 737-0512

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

Lucinda E. Davis
Pennsylvania and Maryland

WRITER'S DIRECT CONTACT
(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

October 14, 2002

**VIA COURIER**

The Honorable Benson E. Legg
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      RE:  *William Snyder et al. v. Chester County Mutual Fire Ins. Co. et al.*
            U.S. District Court for the District of Maryland, Case No. <u>L02-415</u>

Dear Judge Legg:

    Please accept the following letter as a joint status report from both parties in the above-referenced case as directed in the Court's Order of August 12, 2002.

    In response to the Court's Order, Plaintiffs produced additional documents, and authorizations to obtain others, on September 12, 2002. Upon review of these documents, Defendants request authorizations from the Plaintiffs for the following additional financial records:

| | |
|---|---|
| Bank Account: | First Union National Bank, # 1010048838867 |
| Credit Cards: | AT&T Universal Card # 549 1300 1883 9332<br>Visa (company not known) # 4053 9101 0155 0935 |
| Loans: | Chase Manhattan Mortgage Group # 1181103875 |

    Plaintiffs have produced authorizations for their remaining accounts and Defendants are in the process of obtaining the requested documents with these authorizations.

APPROVED THIS _18TH_ DAY OF _October, 2002_

_____
BENSON EVERETT LEGG, U.S.D.J.

The Honorable Benson Everett Legg
October 14, 2002
Page 2

      The parties request that the Court permit them to continue in their efforts to obtain these documents for an additional 60 days with a joint status report to the Court on November 13, 2002 and if necessary, one on or before December 13, 2002. Once it has received and reviewed all the financial documents from Plaintiffs, Cumberland anticipates renewing its motion for summary judgment.

      Both parties appreciate your consideration of this request.

                                  Respectfully,

                                  Lucinda E. Davis

cc:    Prabir Chakrabarty, Esquire