IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

William Snyder et al.                    *

**Plaintiffs**                           *

v.                                       * Case No.:  Case No.: L02-CV00415

Chester County Mutual Insurance Co.,     *
et al.
     **Defendants**                     *

## WITHDRAWAL OF APPEARANCE

Please strike the appearance of Attorney Robert M. Schwartzman as co-counsel for the Plaintiffs, William and Mary Lou Snyder. The appearances of Murray I. Resnick and Prabir Chakrabarty remain.

                RESNICK, ABRAHAM &
                SCHWARTZMAN, L.L.C.

BY: _____
                Robert M. Schwartzman, Esquire
                Federal Trial Bar No. 01092
                One E. Franklin Street
                Baltimore, MD 21202
                (410) 539-6087

                Attorneys for the Plaintiff

APPROVED THIS 1ST DAY OF December 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **William Snyder et al.** | * |
| **Plaintiffs** | * |
| v. | *   Case No.: L02-CV-00415 |
| **Chester County Mutual Insurance Co., et al.** | * |
| **Defendants** | * |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing WITHDRAWAL OF APPEARANCE, was mailed on November 27, 2002, postage prepaid, to Lucinda E. Davis, George E. Reede, Jr., Esquire, and Lucinda E. Davis, Esquire, Niles, Barton & Wilmer, LLP, Suite 1400, 111 S. Calvert Street, Baltimore, MD 21202, Attorneys for Defendant.

RESNICK, ABRAHAM &
SCHWARTZMAN, L.L.C.

BY: _____
Murray I. Resnick, Esquire
Robert Schwartzman, Esquire
Prabir Chakrabarty, Esquire
One E. Franklin Street
Baltimore, MD 21202
(410) 539-6087

Attorneys for the Plaintiffs