## NILES, BARTON & WILMER, LLP
### ATTORNEYS AT LAW

TELEPHONE 410-783-6300  
FACSIMILE 410-783-6363

SUITE 1400  
111 S. CALVERT STREET  
BALTIMORE, MARYLAND 21202-6185

WEBSITE www.niles-law.com  
WRITER'S DIRECT CONTACT

FILED  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND

2002 DEC 17 P 4: 26

AT BALTIMORE

_____ DEPUTY

Lucinda E. Davis  
Pennsylvania and Maryland

(410) 783-6390  
Fax (410) 783-6410  
ledavis@niles-law.com

December 13, 2002

**VIA COURIER**

The Honorable Benson E. Legg  
United States District Court for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

RE: *William Snyder et al. v. Chester County Mutual Fire Ins. Co. et al.*  
U.S. District Court for the District of Maryland, Case No. L02-415

Dear Judge Legg:

Please accept the following letter as a joint status report from both parties in the above-referenced case as directed in the Court's Order of October 18, 2002.

In response to their subpoenas, Defendants have received all sought after documents in regards to Plaintiffs' financial situation with the exception of those to be produced by First Union and Providian Financial. Defendants expect to receive these documents by the end of December and will require time for review and analysis.

The parties therefore request that the Court permit them to continue in their efforts to obtain and analyze these documents for an additional 30 days with a joint status report to the Court on January 13, 2003. Once it has received and reviewed all the financial documents from Plaintiffs, Cumberland anticipates renewing its motion for summary judgment.

We trust the Court will advise the parties if additional information is required at this time.

Respectfully,

Lucinda E. Davis

cc: Prabir Chakrabarty, Esquire

APPROVED THIS _16TH_ DAY OF _December, 2002_

BENSON EVERETT LEGG, U.S.D.J.