```
           IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
WILLIAM SNYDER, et ux.,       *

     Plaintiffs,              *

v.                            *    CIVIL ACTION NO: WDQ-02-415

CHESTER COUNTY MUTUAL         *
INSURANCE. CO., et al.,
                              *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
                                                             *
```

<u>ORDER</u>

For the reasons stated in the Memorandum Opinion issued on this day, it is this 22nd day of May , 2003, ORDERED:

    1.   That Defendant's Motion for Summary Judgment on the breach of contract claim BE and hereby is DENIED;

    2.   That the Defendant's Motion for Summary Judgment on the Plaintiff's remaining claims BE and hereby is GRANTED;

    3.   That the Clerk of the Court mail copies of this Order and the Memorandum Opinion to counsel.

```
                         _____/s/_____
                         William D. Quarles, Jr.
                         United States District Judge
```