# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUL -8 P 2: 55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

July 8, 2003

Prabir Chakrabarty, Esquire
Resnick & Abraham, LLC.
One East Franklin Street, Suite 200
Baltimore, MD 21202

George E. Reede, Jr., Esquire
Niles Barton and Wilmer LLP
111 South Calvert Street, Suite 1400
Baltimore, MD 21202

Re: <u>Snyder, et ux. v. Chester County, et al, Civ. No. WDQ-02-415</u>

Dear Counsel:

During the July 8, 2003 telephone conference, I set an August 25, 2003 trial date for the above entitled case. The two day trial will begin at 9:30 a.m. in the Garmatz Courthouse, Courtroom 3A. A pretrial conference will be held on August 11, 2003 at 9:30 a.m. in my chambers. Voir dire, requested jury instructions, and a pretrial statement are due in chambers by August 4, 2003.

Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

Encl: (Copy of May 22, 2003 Memorandum Opinion
and Order to Mr. Chakrabarty only)