IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **William Snyder et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.: L02-CV-00415 |
| **Chester County Mutual Insurance Co.,** et al. | * | |
| **Defendants** | * | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER OF MAY 23, 2003

COMES NOW the Plaintiffs, WILLIAM E. SNYDER and MARY LOU SNYDER ("The Snyders"), by and through their counsel, Murray I. Resnick, Prabir Chakrabarty and Resnick & Abraham, LLC and with the consent of George E. Reede and Lucinda Davis of Niles, Barton & Wilmer, LLP hereby file this Consent Motion for Extension of Time to Respond to Judge Quarles' Memorandum Opinion and Order of May 23, 2003, and states as follows:

1. On or about May 23, 2003, this Honorable Court issued a Memorandum Opinion and Order with respect to Defendant's Motion for Summary Judgment.

2. The Court issued electronic notice of the decision to Lucinda E. Davis and George E. Reede. Please find Notice of Mailing attached hereto and incorporated herein as **Exhibit A**. However, the Court failed to provide notice to Plaintiff's Counsel, Murray I.

|     | |
| --- | --- |
|     | Resnick and Prabir Chakrabarty either electronically or by mail on May 23, 2003. |
| 3.  | Murray I. Resnick was listed as lead counsel and both he and Prabir Chakrabarty were on the electronic mail notice list for this matter (Notice was apparently mailed to Ronald Levin, who though formerly affiliated with this firm, never entered his appearance at any point in this case).  Please find Electronic Mail Notice List attached hereto and incorporated herein as **Exhibit B**. |
| 4.  | It is the <u>affirmative duty</u> of the clerk of Court to give notice of court orders to parties entitled to service of any order or ruling entered on docket, outside presence of parties; notice is effected by mailing copy of order to parties, unless otherwise delivered to them.  <u>Dypski v. Bethlehem Steel Coporation</u>, 74 Md. App. 692, 539 A.2d 1165, 1167-8 (1988)(Emphasis added).  The failure of the clerk to send notice of the ruling amounts to an "irregularity" permitting Court to exercise its revisory power.  <u>Id.</u> at 1169. |
| 5.  | This Honorable Judge's own Order of May 23, 2003 directs that the Clerk of the Court mail copies of the Order and Memorandum Opinion to counsel. |
| 6.  | Pursuant to Rule 60 of the Federal Rules of Civil Procedure, clerical mistakes in orders or other parts of the record may be corrected by the court at any time of its own initiative or on the |

        motion of any party and after such notice, if any, as the court orders.

7.    In this case, the failure of Plaintiff's to be e-mailed a copy of the Memorandum Opinion and Order would cause Plaintiff irreparable harm as the ten day period from the entry of the Order for a Rule 59(e), Motion to Alter /Amend Judgment extinguished on June 2, 2003.

8.    Plaintiffs, with the consent of the Defendants, propose that both parties be given ten days from today's date or until July 18th, 2003 to file any applicable Motions.

9.    The proposed extension of time will not prejudice either party or delay the currently scheduled Pre-Trial Conference date of August 11, 2003 or the Trial Date of August 25, 2003.

    WHEREFORE, Plaintiffs, WILLIAM E. SNYDER and MARY LOU SNYDER ("The Snyders"), by and through their counsel, Murray I. Resnick, Prabir Chakrabarty and Resnick & Abraham, LLC and with the consent of George E. Reede and Lucinda Davis of Niles, Barton & Wilmer, LLP hereby file this Consent Motion for Extension of Time to Respond to Judge Quarles' Memorandum Opinion and Order of May 23, 2003.

                                                RESNICK & ABRAHAM, L.L.C.

By: _____
     Murray I. Resnick, Esquire
     Prabir Chakrabarty, Esquire
     One E. Franklin Street
     Baltimore, MD 21202
     (410) 539-6087

     Attorneys for the Plaintiffs, William and Mary Lou Snyder

4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **William Snyder et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.: L02-CV-00415 |
| **Chester County Mutual Insurance Co.,** et al. | * | |
| **Defendants** | * | |

## ORDER

UPON CONSIDERATION of Plaintiff and Defendants' Consent Motion for Extension of Time to Respond to Judge Quarles' Memorandum Opinion and Order of May 23, 2003, it is this _____ day of _____, 2002, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff and Defendants' Consent Motion is hereby GRANTED.

_____
Judge, William D. Quarles, United
States District Court for the District
of Maryland

cc: Murray I. Resnick, Esquire
Robert Schwartzman, Esquire
Prabir Chakrabarty, Esquire
One E. Franklin Street
Baltimore, MD 21202

George E. Reede, Jr., Esquire
Lucinda E. Davis, Esquire
Niles, Barton & Wilmer, LLP
Suite 1400, 111 S. Calvert Street
Baltimore, MD 21202

5