# Mailing Information for a Case 1:02-cv-00415-WDQ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Prabir Chakrabarty**
  pchakus@yahoo.com

- **Lucinda E Davis**
  ledavis@niles-law.com

- **George E Reede**
  gereede@niles-law.com

- **Murray I Resnick**
  info@ra-atty.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ronald Marc Levin
ORourke and Cundra
818 18th St NW Ste 800
Washington, DC 20006
```

Content-Type: text/html
MIME-Version: 1.0
From: MDD_CM-ECF_Filing@mdd.uscourts.gov
Bcc:  MDD_WDQChambers@mdd.uscourts.gov, g ereede@niles-law.com, ledavis@niles-law.com
Message-Id: <142862@mdd.uscourts.gov>
Subject: Activity in Case 1:02-cv-00415-WDQ Snyder

, et al v. Chester County, et al "Order on Motion for Summary Judgment"

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

Notice of Electronic Filing

The following transaction was received from jnl, Deputy Clerk entered on 5/23/2003 at 10:01 AM EDT
and filed on 5/22/2003
**Case Name:**     Snyder, et al v. Chester County, et al
**Case Number:**   1:02-cv-415
**Filer:**
**Document Number:** 29

**Docket Text:**
ORDER denying [24] motion of defendant for summary judgment on the breach of contract claim and
granting [24] Motion of defendant for Summary Judgment on the plaintiff's remaining claims. Signed by
Judge William D Quarles Jr. on 5/22/03. (jnl, Deputy Clerk)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/23/2003] [FileNumber=142860-0]
[27589f0cb9b3f1121c1c93646197a6bb98b83055b652ec4a2e0ee2cca8251ef8fdd8
73ac876c4c07c86736b0f5da13e6e1a0828b45357aa288c1b940e6094b07]]

**1:02-cv-415 Notice will be electronically mailed to:**

Lucinda E. Davis    ledavis@niles-law.com

George E Reede    gereede@niles-law.com

**1:02-cv-415 Notice will not be electronically mailed to:**

Ronald Marc Levin
ORourke and Cundra
818 18th St NW Ste 800

Case 1:02-cv-00415-WDQ     Document 31-2     Filed 07/08/2003     Page 3 of 4     Page 2 of 2

Washington, DC 20006

07/08/2003 01:54 FAX 4109622690          RECORDS UNIT                                          ☑004
Case 1:02-cv-00415-WDQ    Document 31-2    Filed 07/08/2003    Page 4 of 4
District of Maryland (CM/ECF Live) - Display Receipt                                    Page 1 of 1

Content-Type: text/html
MIME-Version: 1.0
From: MDD_CM-ECF_Filing@mdd.uscourts.gov
Bcc: MDD_WDQChambers@mdd.uscourts.gov, g ereede@niles-law.com, ledavis@niles-law.com
Message-Id: <142825@mdd.uscourts.gov>
Subject: Activity in Case 1:02-cv-00415-WDQ Snyder

, et al v. Chester County, et al "Memorandum Opinion"

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Maryland

Notice of Electronic Filing

The following transaction was received from jnl, Deputy Clerk entered on 5/23/2003 at 9:39 AM EDT
and filed on 5/23/2003
Case Name:         Snyder, et al v. Chester County, et al
Case Number:       1:02-cv-415
Filer:
Document Number: 28

Docket Text:
MEMORANDUM OPINION. Signed by Judge William D Quarles Jr. on 5/22/03. (jnl, Deputy Clerk)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046883720 [Date=5/23/2003] [FileNumber=142823-0]
[75974b488b675d828c219d6c06fd2fc63dac06a5e86f0bb69c3692f1a3704063b417
51423aa781b68e0214ef43b04a304391f6970fc3c45856b85cdc967c93ba]]

1:02-cv-415 Notice will be electronically mailed to:

Lucinda E. Davis    ledavis@niles-law.com

George E Reede    gereede@niles-law.com

1:02-cv-415 Notice will not be electronically mailed to:

Ronald Marc Levin
ORourke and Cundra
818 18th St NW Ste 800
Washington, DC 20006