HAGAN & ASSOCIATES
502 DARBY ROAD
HAVERTOWN, PA 19083

WILLIAM E. SNYDER
22 Virginia Avenue
Crystal Beach
Earleville, MD 21919

Our File Number: 1610
Policy Number: H00359232
Company Claim Number: 068216

Date of Loss 4/08/2001

STATEMENT OF LOSS

| Contents: | LOSS- | ADJUSTMENTS | =ACV/LIMIT |
|---|---|---|---|
| Contents Items | $77,206.55 | $21,557.89 | $55,648.66 |
| Special Limit Items | 18,613.50 | 17,413.50 | 1,200.00 |
| Totals | $95,820.05 | -$38,971.39 | =$56,848.66 |

HAGAN & ASSOCIATES
502 DARBY ROAD
HAVERTOWN, PA 19083

WILLIAM E. SNYDER
22 Virginia Avenue
Crystal Beach
Earleville, MD 21919

Our File Number: 161
Policy Number: H0035923
Company Claim Number: 06821

Date of Loss 4/08/2001

## CONTENTS CLAIM

| CONTENTS: | R/C | Depr. = | ACV |
|---|---|---|---|
| Drycleaning | $ 800.90 | - | $ 800.90 |
| Kitchen | 8,402.08 | 1,871.60 | 6,530.48 |
| Master Bedroom | 10,798.10 | 3,330.88 | 7,467.22 |
| Master Bathroom | 3,900.99 | 779.25 | 3,121.74 |
| Hallway Closet | 1,780.00 | 650.00 | 1,130.00 |
| Bathroom | 3,056.06 | 1,343.55 | 1,712.51 |
| Guest Bedroom | 1,307.00 | 334.75 | 972.25 |
| Carport | 480.00 | 132.00 | 348.00 |
| Sunroom | 7,039.51 | 1,762.44 | 5,277.07 |
| Family Room | 15,026.88 | 5,484.76 | 9,542.12 |
| Basement | 9,013.31 | 2,894.90 | 6,118.41 |
| Attic | 15,601.72 | 2 ,973.76 | 12,627.96 |
| Totals | $77,206.55 | $-21,557.89 | $55,648.66 |

HAGAN & ASSOCIATES
502 DARBY ROAD
HAVERTOWN, PA 19083

WILLIAM E. SNYDER
22 Virginia Avenue
Crystal Beach
Earleville, MD 21919

Our File Number: 161(
Policy Number: H00359232
Company Claim Number: 06821(

Date of Loss 4/08/2001

SPECIAL ITEMS CLAIM

| Contents Subject to Limits: | LOSS- | Amt. Over Limit = | LIMIT |
|---|---|---|---|
| Jewelry ($1,000.00 Limit) | $11,264.00 | $10,264.00 | $1,000.00 |
| Money | 7,349.50 | 7,149.50 | 200.00 |
| Totals | $18,613.50- | $17,413.50 = | $1,200.00 |

0.C

1,500.00 +
80.00 +
240.00 +
120.00 +
50.00 +
150.00 +
890.00 +
650.00 +
500.00 +
250.00 +
175.00 +
85.00 +
65.00 +
130.00 +
700.00 +
185.00 +
250.00 +
650.00 +
380.00 +
450.00 +
250.00 +
150.00 +
129.00 +
150.00 +
75.00 +
80.00 +
525.00 +
525.00 +
650.00 +
275.00 +
165.00 +
89.00 +
150.00 +
275.00 +
100.00 +
215.00 +
161.00 +
11,264.00 *

11,264.00 +
10,264.00 -
1,000.00 *

Jewelry Limit

0.C

100.00 +
60.00 +
350.00 +
2,000.00 +
800.00 +
600.00 +
600.00 +
1,988.50 +
600.00 +
21.00 +
200.00 +
30.00 +
7,349.50 *

7,349.50 +
7,149.50 -
200.00 *

Money Limit

0.C