## NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW

TELEPHONE 410-783-6300

FACSIMILE 410-783-6363

SUITE 1400

111 S. CALVERT STREET

BALTIMORE, MARYLAND 21202-6185

WEBSITE www.niles-law.com

WRITER'S DIRECT CONTACT

Lucinda E. Davis
Pennsylvania and Maryland

(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

July 30, 2003

**VIA ELECTRONIC FILING**

The Honorable William D. Quarles, Jr.
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

      RE:    *William Snyder et al. v. Chester County Mutual Fire Ins. Co. et al.*
              U.S. District Court for the District of Maryland, Case No. L02-415

Dear Judge Quarles:

    Please accept this letter as notification from both parties that the above-referenced matter has settled.  The parties therefore request that the Court enter an order dismissing the case pursuant to Local Rule 111, with costs, if any, to be paid by Defendants.

    We trust the Court will advise the parties if any additional information is required.

               Respectfully,

               Lucinda E. Davis

cc:    Prabir Chakrabarty, Esquire (via electronic filing)